# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*                                                                       *Long Island Office*
**42-40 Bell Blvd, Suite 302**                                  **10 Bond St, Suite 389**
**Bayside, New York 11361**                                **Great Neck, New York 11021**
**Tel (516) 829-2299**                                                        **Tel (516) 829-2299**
*jp@jpittell.com*                                                                     *jp@jpittell.com*

February 3, 2022                                    <u>**MEMO ENDORSED**</u>

Hon. Laura Taylor Swain, Chief Judge
U.S. District Court - Southern District of New York
500 Pearl St.
New York, NY 10007

Re:      *U.S. v. Igal Ben Hanan* 21 cr 444 (LTS) (USDC - SDNY)

Dear Judge Swain:

       I am counsel for Igal Ben Hanan in the above referenced matter.

       Please accept this letter in lieu of a formal motion requesting a temporary modification of an 11 p.m. curfew condition in Mr. Ben Hanan's bond.

       Mr. Ben Hanan has been invited to a baby naming ceremony/party. The event is being held in Manhattan on Saturday night, February 5, 2022. In order for Mr. Ben Hanan to attend the event, without having to leave early in order to abide by the curfew condition, I respectfully request the curfew condition be suspended for Saturday, February 5th.

       It is my understanding that Mr. Ben Hanan has been fully compliant with the terms and conditions of his bond.

       I have conferred with the Government and they do not object to this request.

                                                 Very truly yours,
                                                 /s/
                                                 Jeffrey G. Pittell

cc:      AUSA Micah Fergenson       The foregoing request for temporary modification of bond conditions is granted. DE 53 is resolved.
SO ORDERED.
2/3/2022
/s/ Laura Taylor Swain, Chief USDJ