

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2022

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Yosef Cohen et al.*, 21 Cr. 444 (LTS)

Dear Judge Swain:

  The Government respectfully writes to request, on consent, an approximately three-week adjournment of the pretrial conference currently scheduled for April 5, 2022, to allow additional time for the parties to discuss pretrial resolutions. The parties are generally available to appear remotely on April 26, 2022.

  The Government further requests, on consent, that the time between today and the next conference be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. The exclusion of time will allow the parties to continue discussing a potential resolution of the case without trial.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

    By:     /s/
        Micah F. Fergenson
        Assistant United States Attorney
        (212) 637-2190

cc:  Defense Counsel (By ECF)